SCPW-13-0000115

**Electronically Filed
Supreme Court
SCPW-13-0000115
10-APR-2013
08:39 AM**

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE RICHARD K. PERKINS OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT OF THE STATE OF HAWAI'I, Respondent.

---

ORIGINAL PROCEEDING
(CR. NO. 88-2209; CR. NO. 89-0024;
CAAP-11-0000016; SCWC-11-0000016)

ORDER DENYING MOTION FOR RECONSIDERATION

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner Michael C. Tierney's motion for reconsideration of the March 20, 2013 order denying his petition for a writ of mandamus, which was electronically filed by the appellate clerk on April 4, 2013,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, April 10, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

